UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT CHAMPION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FELD ENTERTAINMENT, INC., a Delaware Corporation; FELD MOTOR SPORTS, INC., a Delaware Corporation; DIRT WURX USA, LLC, a New York Limited Liability Company; and DOES 1 through 100, <br><br> Defendants. | Case No.: 20-cv-2400-DMS-KSC <br><br> **ORDER RE: ORAL ARGUMENT** |

Defendants' motion to dismiss is currently scheduled for hearing on April 9, 2021. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the April 9, 2021 hearing is vacated.

**IT IS SO ORDERED.**

Dated: April 2, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court