UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAMPION et al., <br><br> Plaintiffs, <br><br> v. <br><br> FELD ENTERTAINMENT, INC. et al., <br><br> Defendants. | Case No.: 20cv2400-JO-KSC <br><br> **ORDER GRANTING MOTION FOR SUBSTITUTION OF ATTORNEY** |

On April 27, 2022, Plaintiffs filed a motion for substitution of attorney. Dkt. 42. Upon reviewing the motion, the Court hereby GRANTS the motion.

**IT IS SO ORDERED.**

Dated: April 28, 2022

_____
Honorable Jinsook Ohta
United States District Judge