1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT CHAMPION; NICK DESIDERIO; CHEYENNE HARMON; HEATH HARRISON; LOGAN KARNOW; AUSTIN POLITELLI; and BROC SHOEMAKER,<br><br>Plaintiffs,<br><br>vs.<br><br>FELD ENTERTAINMENT, INC, a Delaware Corporation; FELD MOTOR SPORTS, INC., a Delaware Corporation; DIRT WURX USA, LLC, a New York Limited Liability Company; and DOES 1 through 100,<br><br>Defendants. | CASE NO.  20CV-02400-JO-KSC<br><br>Assigned to: Hon. Jinsook Ohta<br><br>[PROPOSED] ORDER DISMISSING PLAINTIFFS' FIRST AMENDED COMPLAINT AND CLAIMS AGAINST DEFENDANTS PURSUANT TO RULE 41(a)(2)<br><br>Trial Date:    None (Vacated by Dkt. 39) |

1. Good cause appearing, and the Parties having stipulated and agreed, **IT IS HEREBY ORDERED** that Plaintiffs Scott Champion's, Nick Desiderio's, Cheyenne Harmon's, Austin Politelli's, and Broc Shoemaker's (collectively "Plaintiffs") claims against Defendants Feld Entertainment, Inc., Feld Motor Sports, Inc., and Dirt Wurx USA, LLC (collectively "Defendants"), as set forth in the First Amended Complaint in Case No.: 20CV-02400-JO-KSC, are hereby dismissed, in their entirety, with prejudice. By this **ORDER,** this action, in its entirety, is hereby **DISMISSED**, with prejudice.

**IT IS SO ORDERED.**

Dated: 11/29/22

_____
Hon. Jinsook Ohta
United States District Judge